424 A.2d 545

Corbin et al. v. Phila. Trans. Co. n/k/a Septa and City of Philadelphia.

App. of Phila. Trans. Co. n/k/a Septa.

Argued June 21, 1979. Norman Hegge, Jr., for appellant; Marvin H. Levin, for appellee.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

634

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.